UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Steve Sharife Carter                                              Docket No. 4:00-CR-55-4H

### Petition for Action on Supervised Release

COMES NOW Christopher Studley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Steve Sharife Carter, who, upon an earlier plea of guilty to Armed Bank Robbery and Aiding and Abetting, 18 U.S.C. § 2113(a) and (d), and Use of a Firearm and in Relation to a Crime of Violence and Aiding and Abetting, 18 U.S.C. § 924(c)(1)(A) & 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on July 10, 2001, to the custody of the Bureau of Prisons for a term of 198 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Steve Sharife Carter was released from custody on June 29, 2015, at which time the term of supervised release commenced.

On December 22, 2015, the defendant's conditions of supervision were modified to include 20 hours of community service as a result of the defendant being arrested for Driving While Impaired (15CR054985). The defendant completed his community service at the Habitat ReStore.

On July 10, 2017, the court was notified of the defendant testing positive for cocaine on June 7, 2017. The defendant was referred to substance abuse treatment at First Step Services.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 6, 2017, the defendant tested positive for the use of cocaine. When confronted regarding the drug positive, the defendant admitted use. The defendant was verbally reprimanded for his continued drug use. On July 31, 2017, the defendant was arrested in Wake County, North Carolina and charged with Assault on a Female and Injury to Personal Property (17CR214668). The defendant was released on secured bond and the charges remain pending. The charges stem from an argument and altercation between the defendant and a female acquaintance. The factual circumstances underlying the charges are disputed by the defendant and it is recommended that the matter be resolved in state court. However, in light of the defendant's continued drug use and recent arrest, it is recommended that the defendant complete a cognitive behavioral program (MRT) in addition to his continued participation in substance abuse treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

### PRAYING THAT THE COURT WILL ORDER that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Steve Sharife Carter
Docket No. 4:00-CR-55-4H
Petition For Action
Page 2

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Christopher Studley
Christopher Studley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8669
Executed On: August 7, 2017

## ORDER OF THE COURT

Considered and ordered this 9th day of August, 2017, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge